**Order entered November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00641-CR
### No. 05-19-00642-CR

## VIRGIL LAMONT JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F17-51507-K & F17-51508-K**

## ORDER

Before the Court is appellant's November 18, 2019 third motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE